**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | | |
|---|---|---|
| **RONALD W. WALDEN, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No: 2:20-cv-380-MSD-RJK** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DK CHICKEN CORP.,** | ) | |
| **a Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendant DK Chicken Corp. (together, "Parties") have reached an agreement regarding all substantive issues in dispute in this matter, including attorneys' fees and costs. The parties are currently waiting on their respective parties' signatures. The parties anticipate filing a notice of dismissal within fourteen (14) days of today's date once all parties have executed the settlement agreement. In view of the settlement agreement, the parties request that the Court adjourn all upcoming hearings and deadlines pending a filing a notice of dismissal.

**Ronald W. Walden, Jr.**

By: */s/ Deborah C. Waters*
      Deborah C. Waters, Esquire
      Virginia State Bar # 28913
      Waters Law Firm, P.C.
      Town Point Center Building, Suite 600
      150 Boush Street
      Norfolk, VA 23510

Telephone: (757) 446-1434
Facsimile: (757) 446-1438
dwaters@waterslawva.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2021, I have filed the foregoing document via the Court's CM/ECF system, which will make electronic service on the following:

John M. Bredehoft, Esquire
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3225
Facsimile: (888) 360-9092
jmbredehoft@kaufcan.com

Adam B. Pratt, Esquire
Kaufman & Canoles, P.C.
4801 Courthouse Street, Suite 300
Williamsburg, VA 23188
Telephone: (757) 259-3800
Facsimile: (888) 360-9092
abpratt@kaufcan.com

*Counsel for Defendant*

/s/ Deborah C. Waters
Deborah C. Waters, Esquire
Virginia State Bar # 28913
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
dwaters@waterslawva.com

*Counsel for Plaintiff*

2