IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **RONALD W. WALDEN, JR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DK CHICKEN CORP.,** )<br>a Delaware Corporation, )<br>)<br>Defendant. )<br>) | Civil Action No: 2:20-cv-380-MSD-RJK |

## STIPULATION OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendant DK Chicken Corp. (together, "Parties") reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties and attached to this Stipulation as Exhibit A. Accordingly, the parties request that the Court enter the attached order and remove this action from the Court's docket.

**Ronald W. Walden, Jr.**

By: */s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438

*Counsel for Plaintiff*

1

**DK Chicken Corp.**

By: /s/ *John M. Bredehoft*
    John M. Bredehoft, Esquire
    Virginia State Bar No. 33602
    Kaufman & Canoles, P.C.
    150 West Main Street, Suite 2100
    Norfolk, Virginia 23510
    Telephone: (757) 624-3225
    Facsimile: (888) 360-9092
    jmbredehoft@kaufcan.com

    Adam B. Pratt, Esquire
    Virginia State Bar No. 89496
    Kaufman & Canoles, P.C.
    4801 Courthouse Street, Suite 300
    Williamsburg, VA 23188
    Telephone: (757) 259-3800
    Facsimile: (888) 360-9092
    abpratt@kaufcan.com

    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2021, I have filed the foregoing document via the Court's CM/ECF system, which will make electronic service on the following:

John M. Bredehoft, Esquire
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3225
Facsimile: (888) 360-9092
jmbredehoft@kaufcan.com

2

Adam B. Pratt, Esquire
Kaufman & Canoles, P.C.
4801 Courthouse Street, Suite 300
Williamsburg, VA 23188
Telephone: (757) 259-3800
Facximile: (888) 360-9092
abpratt@kaufcan.com
Counsel for Defendant

                                              */s/ Deborah C. Waters*
                                              Deborah C. Waters, Esquire
                                              Virginia State Bar # 28913
                                              dwaters@waterslawva.com
                                              Waters Law Firm, P.C.
                                              Town Point Center Building, Suite 600
                                              150 Boush Street
                                              Norfolk, VA 23510
                                              Telephone: (757) 446-1434
                                              Facsimile: (757) 446-1438
                                              *Counsel for Plaintiff*