IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **RONALD W. WALDEN, JR.,** | ) |
| Plaintiff, | ) Civil Action No: 2:20-cv-380-MSD-RJK |
| v. | ) |
| **DK CHICKEN CORP.,** a Delaware Corporation, | ) |
| Defendant. | ) |

## AGREED DISMISSAL ORDER

Plaintiff Ronald W. Walden Jr. and Defendant DK Chicken Corp., (together, "Parties") represented to the Court the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

/s/ Mark S. Davis
Mark S. Davis
Chief United States District Judge
ENTERED:   2 / 11 / 21

**SO STIPULATED:**

*/s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438

*Counsel for Plaintiff*

By: */s/ John M. Bredehoft*

John M. Bredehoft, Esquire
Virginia State Bar No. 33602
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3225
Facsimile: (888) 360-9092
jmbredehoft@kaufcan.com

Adam B. Pratt, Esquire
Virginia State Bar No. 89496
Kaufman & Canoles, P.C.
4801 Courthouse Street, Suite 300
Williamsburg, VA 23188
Telephone: (757) 259-3800
Facsimile: (888) 360-9092
abpratt@kaufcan.com

*Counsel for Defendant*